UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER LEE HICKS, SR.,

    Plaintiff,                                           Case No. 3:21-cv-222

vs.

ACCURATE BACKGROUND, LLC,       District Judge Michael J. Newman
                                                           Magistrate Judge Sharon L. Ovington

    Defendant.

---

### ORDER: CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. All forthcoming deadlines are hereby **VACATED.**

    **IT IS SO ORDERED.**

Date:   October 22, 2021                             s/Michael J. Newman
                                                                      Hon. Michael J. Newman
                                                                      United States District Judge